NOTE. — See this case reported in 2 N.C. 5. Also see Blair v.Miller, 13 N.C. 407; Green v. Harman, 15 N.C. 158; Burton v. Carruth,18 N.C. 2; Carson v. Burnett, ibid., 546; Pickett v. Pickett, 14 N.C. 6;Hoke v. Henderson, ibid., 12; Rogers v. Mabe, 15 N.C. 180; Dobson v.Murphy, 18 N.C. 586; Dobson v. Erwin, 20 N.C. 201; Murray v. Shanklin,ibid., 289; Ross v. Durham, ibid., 54; Tredwell v. Reddick, 23 N.C. 56;Flanniken v. Lee, ibid., 293; Williams v. Buchanan, ibid., 535. *Page 44 
(36)